UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3171-RT (SP) | Date | September 14, 2015 |
|---|---|---|---|
| Title | GREGORY C. BONTEMPS v. GODINA | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 17, 2015, plaintiff Gregory C. Bontemps, a California prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. His complaint alleges his civil rights were violated when defendant Godina, a correctional officer at the California State Prison for Los Angeles County ("CSP-LAC"), used excessive force when searching him. On July 17, 2015, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by August 17, 2015. More than two weeks having passed beyond this deadline, the court has received from plaintiff his initial partial filing fee of $1.83 but not a First Amended Complaint.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **October 5, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by October 5, 2015.

If plaintiff files a First Amended Complaint by **October 5, 2015**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.